IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| JACKIE CRIDER, | ) |
| | ) |
| Plaintiff, | ) DIST. COURT NO.: |
| | ) |
| vs. | ) STATE CASE NO.: |
| | ) 2017 SC 3W |
| G.C. SERVICES, LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant, GC Services Limited Partnerships ("GC" or "Defendant"), by and through its undersigned counsel, Sean M. Sturdivan of Sanders Warren & Russell LLP, and pursuant to 28 U.S.C. §1441 and §1446 invokes this Court's jurisdiction under the provisions of 28 U.S.C. §1331, and states the following grounds for removal:

1.   On January 12, 2016, Plaintiff filed a complaint against GC in the District Court of Cowley County, Nineteenth Judicial Circuit, State of Kansas, Case No. 2017 SC 3W (the "State Court Case").  True and accurate copies of all documents filed in the State Court Case are attached hereto and incorporated herein by reference as **Group Exhibit A**.

2.   Plaintiff attempted to serve GC via certified mail at its Irwindale California Address.  The certified mail receipt is attached as **Exhibit B**.  The certified mail receipt is post marked January 17, 2017, First Class Mail.

3.   Under 28 U.S.C. §1446(b)(1), a notice of removal may be filed within 30 days after receipt by the Defendant of the initial pleading.  As such, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

4. Pursuant to 28 U.S.C. §1446(a), the State Court Case, which was commenced in the District Court of Cowley County, Nineteenth Judicial Circuit, State of Kansas, may be removed to this Federal District Court, being a United States District Court for the District of Kansas, which embraces Cowley County, Kansas within its jurisdiction.

5. Plaintiff, Jackie Crider, PO Box 3114, Hutchinson, KS 67504 is hereby notified that the aforementioned case has been removed to the United States District Court, District of Kansas, Wichita Division.

6. A Notice of Filing of Notice of Removal and a copy of this Notice of Removal are being filed in the District Court of Cowley County, Nineteenth Judicial Circuit, State of Kansas and copies of the same are being mailed to Plaintiff, pursuant to 28 U.S.C. § 1446.  The Notice of Filing of Notice of Removal is attached hereto as **Exhibit C**.

7. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1331, 1441 and 1446 based upon federal question.

8. The United States District Court for the Southern District of Kansas has jurisdiction over the Plaintiff's claim due to the fact that the allegations contained in his complaint arise under the Constitution, laws or treaties of the United States.  28 U.S.C. §1331.

9. In the complaint, Plaintiff alleges that GC is liable to her for violating the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. 1692 *et seq.* because GC allegedly failed to provide the mini miranda disclosure, failed to provide an initial written communication and made false implications which Plaintiff claims was improper under 15 U.S.C. § 1692. Group Ex. A.

10. Because the Plaintiff's complaint is based on alleged violations of the FDCPA, it invokes federal question jurisdiction.

11031853v1 0994891

WHEREFORE, Defendant GC Services Limited Partnership prays this action be removed in its entirety from the District Court of Cowley County, Nineteenth Judicial Circuit, State of Kansas to the United States District Court, District of Kansas and for any other relief the court deems just and equitable.

Respectfully submitted,

<u>/s/ Sean M. Sturdivan</u>
Sean M. Sturdivan            KS #21286
Matthew D. Quant             KS #26253
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: m.quant@swrllp.com
**Attorneys for Defendant G.C. Services, Limited Partnership**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 13th day of February, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system with a copy of the same to be served via standard U.S. mail to:

Jackie Crider
PO Box 3114
Hutchinson, KS 67504
*Plaintiff*

<u>/s / Sean M. Sturdivan</u>
**Attorney**

3

11031853v1 0994891