Form KS42

**DISTRICT COURT OF** _____Cowley_____ **COUNTY, KANSAS**

**SUMMONS**
Containing Copy of Petition
**Small Claims Procedure**

EXHIBIT A

_____
Plaintiff name and address

vs.

_____
Defendant name and address

**TO THE ABOVE NAMED DEFENDANT:**
You are hereby notified that the above named plaintiff has filed a claim against you under the small claims procedure of this court. The statement of plaintiff's claim and demand for judgment against you are set forth in the petition of which the following is a copy:

No. _2017 SC 30_
*Pursuant to Ch. 61 of K.S.A.*

Plaintiff, having read the instructions on the bottom of the petition, asserts the following claim against the above defendant:

_G.C. Services contacted me 2 different times, calls were recorded. On those recorded conversations they were in violation of the FDCPA laws (on video and also sworn), (in writing/written communication)(by implication) etc. I need proof all was being recorded and of these violations, and proof the debt was false._

Based on the claim stated above, judgment is demanded against defendant as follows:
☑ Payment of $ _4000_ , plus interest, costs and any damages awarded under K.S.A. §60-2610.
☐ Recovery of the following described personal property, plus costs—estimated value of property $ _____ ;

The plaintiff hereby declares under penalty of perjury under the laws of the State of Kansas that, to the best of plaintiff's knowledge and belief, the above claim asserted against the defendant (including the estimate of value of any property sought to be recovered) is a just, true, and correct statement, exclusive of any valid claim or defense which defendant may have.

☐ Check this box if the plaintiff is an attorney or a corporation or entity that will appear by an attorney or former attorney or person qualified to be an attorney as defined by law.

Executed on _1/12/17_   X _____
                            Signature of Plaintiff

☐ Indicate this box to request personal or residence service of the summons and not return receipt service. You may make return receipt service yourself. Follow strict terms of the return forms if you make the service yourself.

The trial on this matter is set for _February 15, 2017_ , at _9:30 A_ .M., at _311 E. 9th Winfield, KS 67156 3rd Floor_

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

**You must be present in person at the trial or a judgment by default will be entered against you.**

Dated _1/12/17_     _Laura Mangu_ Judge—Clerk

[Seal of District Court, Cowley County, Kansas]

Read Notice to Defendant on back.

NOTE: This summons must be served and process return made promptly. In any event, return is due no later than five days before the date stated in the summons for the trial.

© Copyright 2008, NDF Co., P.O. Box 725, Newton, Kansas 67114, Reorder Ph. 316-283-3028, Fax 316-283-3635

Form KS43

# DISTRICT COURT OF _____
## COUNTY, KANSAS

**DEFENDANT'S CLAIM**
Small Claims Procedure

_____
Plaintiff name and address

vs.

_____
Defendant name and address

No. _____
*Pursuant to Ch. 61 of K.S.A.*

**To Defendant:** Read instructions on bottom of this form and on back of the summons. Set forth a short and plain statement of your claim below.

Defendant, having read the instructions below, asserts the following claim against the above plaintiff:

_____
_____
_____
_____
_____

Based on the claim stated above, judgment is demanded against plaintiff as follows:
- ☐ Payment of $_____, plus interest, costs and any damages awarded under K.S.A. §60-2610.
- ☐ Recovery of the following described personal property, plus costs–estimated value of property $_____.

The defendant hereby declares under penalty of perjury under the laws of the State of Kansas that, to the best of defendant's knowledge and belief, the above claim asserted against the plaintiff (including the estimate of value of any property sought to be recovered) is a just, true, and correct statement.

☐ Check this box if the defendant is an attorney or a corporation or entity that will appear by an attorney or former attorney or person qualified to be an attorney as defined by law.

Executed on _____.   X _____
                                                   Signature of Defendant

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

## INSTRUCTIONS TO DEFENDANT:

1. As stated on the back of the summons, if you have a claim against the plaintiff which arises out of the transaction or occurrence which is the subject of plaintiff's claim and your claim does not exceed $4,000, you must state your claim in the space provided above. If your claim against the plaintiff exceeds $4,000, you may state your claim in the space provided above. In determining whether or not your claim against the plaintiff exceeds $4,000, do not include interest, costs and any damages under K.S.A. §60-2610, but do include the value of any personal property sought to be recovered as determined by your estimate of its value under unsworn declaration under penalty of perjury.
2. Be clear and concise in stating your claim.
3. If the value of your claim exceeds $4,000 (not including interest, costs and any damages awarded under K.S.A. §60-2610, but including the value of any personal property sought to be recovered, as determined by your estimate of its value under unsworn declaration under penalty of perjury), the court must decide whether you may pursue your entire claim or only that portion not exceeding $4,000.
4. If your claim exceeds $4,000 and the court determines that you may not pursue the entire claim at the hearing, you have three alternatives: (1) Make no demand for judgment and reserve the right to pursue your entire claim in a court of competent jurisdiction; (2) make demand for judgment of that portion of your claim which does not exceed $4,000 and reserve the right to bring an action in a court of competent jurisdiction for any amount in excess thereof; or (3) make demand for judgment of that portion of your claim which does not exceed $4,000 and waive your right to recover any excess.
5. When completed, this form must be filed with the judge or the clerk of the court on or before the time stated in the summons for the trial.

© Copyright 2008, NDF Co., P.O. Box 725, Newton, Kansas 67114, Reorder Ph. 316-283-3628, Fax 316-283-3635

Form KS43

**DISTRICT COURT OF** _____

**COUNTY, KANSAS**

| DEFENDANT'S CLAIM |
| Small Claims Procedure |

_____
                                            Plaintiff name and address
vs.

_____
                                        Defendant name and address

| To Defendant: | Read instructions on bottom of this form and on back of the summons. Set forth a short and plain statement of your claim below. |

No. _____
*Pursuant to Ch. 61 of K.S.A.*

Defendant, having read the instructions below, asserts the following claim against the above plaintiff:

_____
_____
_____
_____
_____

Based on the claim stated above, judgment is demanded against plaintiff as follows:
❏ Payment of $_____, plus interest, costs and any damages awarded under K.S.A. §60–2610.
❏ Recovery of the following described personal property, plus costs--estimated value of property $_____:

The defendant hereby declares under penalty of perjury under the laws of the State of Kansas that, to the best of defendent's knowledge and belief, the above claim asserted against the plaintiff (including the estimate of value of any property sought to be recovered) is a just, true, and correct statement.

❏ Check this box if the defendant is an attorney or a corporation or entity that will appear by an attorney or former attorney or person qualified to be an attorney as defined by law.

Executed on _____.     X _____
                                                              Signature of Defendant

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

## INSTRUCTIONS TO DEFENDANT:

1. As stated on the back of the summons, if you have a claim against the plaintiff which arises out of the transaction or occurrence which is the subject of plaintiff's claim and your claim does not exceed $4,000, you must state your claim in the space provided above. If your claim against the plaintiff exceeds $4,000, you may state your claim in the space provided above. In determining whether or not your claim against the plaintiff exceeds $4,000, do not include interest, costs and any damages under K.S.A. §60–2610, but do include the value of any personal property sought to be recovered as determined by your estimate of its value under unsworn declaration under penalty of perjury.
2. Be clear and concise in stating your claim.
3. If the value of your claim exceeds $4,000 (not including interest, costs and any damages awarded under K.S.A. §60-2610, but including the value of any personal property sought to be recovered, as determined by your estimate of its value under unsworn declaration under penalty of perjury), the court must decide whether you may pursue your entire claim or only that portion not exceeding $4,000.
4. If your claim exceeds $4,000 and the court determines that you may not pursue the entire claim at the hearing, you have three alternatives: (1) Make no demand for judgment and reserve the right to pursue your entire claim in a court of competent jurisdiction; (2) make demand for judgment of that portion of your claim which does not exceed $4,000 and reserve the right to bring an action in a court of competent jurisdiction for any amount in excess thereof; or (3) make demand for judgment of that portion of your claim which does not exceed $4,000 and waive your right to recover any excess.
5. When completed, this form must be filed with the judge or the clerk of the court on or before the time stated in the summons for the trial.

© Copyright 2008, NDF Co., P.O. Box 725, Newton, Kansas 67114, Reorder Ph. 316-283-3628, Fax 316-283-3635