Form KS41

**DISTRICT COURT OF** Cowley COUNTY, KANSAS

2017 JAN 12 PM 1:34

BY _____

**PETITION**
Small Claims Procedure

Jackie Crider   22445 52nd Rd Atlanta KS 67008
Plaintiff name and address

vs.

G.C. Services   4900 Riverside Rd #C210 Irwindale CA 91706
Defendant name and address

**EXHIBIT A**

**To Plaintiff:** Read instructions on bottom of this form. Set forth a short and plain statement of your claim below.

No. 2017SC 30
Pursuant to Ch. 61 of K.S.A.

Plaintiff, having read the instructions on the bottom of the petition, asserts the following claim against the above defendant:

G.C. Services contacted me 3 different times, calls were recorded. On these recorded conversations they were in violation of the FDCPA laws (no mini miranda given), (no initial written communication)(false implication) ect. I advised them call was being recorded and of their violations, and proof the debt was false.

Based on the claim stated above, judgment is demanded against defendant as follows:
☒ Payment of $ 4,000 , plus interest, costs and any damages awarded under K.S.A. §60-2610.
☐ Recovery of the following described personal property, plus costs  estimated value of property $ _____

The plaintiff hereby declares under penalty of perjury under the laws of the State of Kansas that, to the best of plaintiff's knowledge and belief, the above claim asserted against the defendant (including the estimate of value of any property sought to be recovered) is a just, true, and correct statement, exclusive of any valid claim or defense which defendant may have.

☐ Check this box if the plaintiff is an attorney or a corporation or entity that will appear by an attorney or former attorney or person qualified to be an attorney as defined by law.

Executed on  1/12/17   X _____ Signature of Plaintiff

☐ Indicate this box to request personal or residence service of the summons and not return receipt service. You may make return accept service yourself. Follow strict terms of the return forms if you make the service yourself.

The trial on this matter is set for February 15, 2017 , at 9:30 A.M. at 311 E. 9th Winfield, KS 67156 2nd Floor

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

**INSTRUCTIONS TO PLAINTIFF:**

1. State the claim you have against the defendant in the space provided on the petition form. Be clear and concise.
2. Your total claim against defendant may not exceed $4,000, not including interest, costs and any damages awarded under K.S.A. §60-2610. If you are seeking the recovery of personal property, the value of that property shall be based on your estimate of its value under unsworn declaration under penalty of perjury.
3. You must be present in person at the hearing in order to avoid default judgment against you on any claim defendant may have which arises out of the transaction or occurrence which is the subject of your claim against the defendant.
4. You must make demand for judgment in one or both of the spaces provided on the petition form.
5. Except as provided by law, neither you nor the defendant are permitted to appear with an attorney at the hearing unless the other party is an attorney or is a corporation or entity that uses an attorney in a representative capacity. In such case you are entitled to one continuance to obtain an attorney.
6. You may not file more than twenty small claims under the small claims procedure act in this court during any calendar year.
7. After completing the petition form, you must sign it. Your signature is under unsworn declaration under penalty of perjury.

© Copyright 2006, KDE Co., P.O. Box 125, Newton, Kansas 67114, Reorder Ph. (316-283-3628, Fax 316-283-3663

ORIGINAL - TO BE FILED WITH THE COURT

Form KS42

**DISTRICT COURT OF** Cowley **COUNTY, KANSAS**

**SUMMONS**
Containing Copy of Petition
**Small Claims Procedure**

2017 JAN 12 PM 1:34

BY _____

Jackie Crider  22465 52nd Rd Atlanta Ks 67008
Plaintiff name and address

vs.

G.C. Services  4900 Rivergrade Rd #C210
Irwindale CA 91706
Defendant name and address

FILED DISTRICT COURT
COWLEY COUNTY, KS
2017 JAN 27 PM 2:29
BY _____

No. 2017 SC 30

Pursuant to Ch. 61 of K.S.A.

**TO THE ABOVE NAMED DEFENDANT:**
You are hereby notified that the above named plaintiff has filed a claim against you under the small claims procedure of this court. The statement of plaintiff's claim and demand for judgment against you are set forth in the petition of which the following is a copy:

Plaintiff, having read the instructions on the bottom of the petition, asserts the following claim against the above defendant:

G.C. Services contacted me 3 different times, calls were recorded. On these recorded conversations they were in violation of the FDCPA laws (no mini miranda given), (no initial written communication)(false implication) ect. I advised them call was being recorded and of their violations, and proof the debt was fake.

Based on the claim stated above, judgment is demanded against defendant as follows:
☒ Payment of $ 4,000, plus interest, costs and any damages awarded under K.S.A. §60-2610.
☐ Recovery of the following described personal property, plus costs—estimated value of property $_____

The plaintiff hereby declares under penalty of perjury under the laws of the State of Kansas that, to the best of plaintiff's knowledge and belief, the above claim asserted against the defendant (including the estimate of value of any property sought to be recovered) is a just, true, and correct statement, exclusive of any valid claim or defense which defendant may have.

☐ Check this box if the plaintiff is an attorney or a corporation or entity that will appear by an attorney or former attorney or person qualified to be an attorney as defined by law.

Executed on 1/12/17.  X _____
Signature of Plaintiff

☐ Indicate this box to request personal or residence service of the summons and not return receipt service. You may make return receipt service yourself. Follow strict terms of the return forms if you make the service yourself.

The trial on this matter is set for February 15, 2017, at 9:30 A.M., at 311 E. 9th Winfield, KS 67156 2nd Floor

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

**You must be present in person at the trial or a judgment by default will be entered against you.**

Dated 1/12/17   _____ Laura Mang_____
Judge–Clerk

Read Notice to Defendant on back.

NOTE: This summons must be served and process return made promptly. In any event, return is due no later than five days before the date stated in the summons for the trial.

© Copyright 2008, NDF Co., P.O. Box 725, Newton, Kansas 67114, Reorder Ph. 316-283-3628, Fax 316-283-3634

**Return of Summons / other process**

Under penalty of perjury, I hereby certify that on the ___23___ day of ___January___, 20_17_, I served the foregoing summons / other, together with a copy of the petition, and _____ upon;

KS42(Reverse)

NOTICE TO DEFENDANT at _4900 Rivergrade_

_____ at _____ M. in the County of Cowley, State of Kansas.

☐ Personal Service  ☐ Residential Service  ☒ Certified Mail  ☐ First Class Mailing  ☐ Mail Service  ☐ No Service

Except as otherwise provided by law, neither you nor the plaintiff is permitted to appear at the hearing with an attorney or other representative unless the other party is an attorney or is a corporation, partnership or unincorporated association represented by an attorney in a representative capacity. In such case you are entitled to one continuance to obtain an attorney.

If your defense is supported by witnesses, books, receipts or other papers, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the judge or clerk of the court at once for assistance.

Sheriff of Cowley Co. by Deputy _____ Date(s) _1/26/17_

If you admit the claim, but desire additional time to satisfy it, you should be present at the trial and explain the circumstances to the court.

If you have a claim against the plaintiff, which arises out of the transaction or occurrence which is the subject of plaintiff's claim and your claim does not exceed $4,000...

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
QC Services
4900 Rivergrade RD #C210
Irwindale CA 91706

9590 9402 1310 5285 7554 39

2. Article Number (Transfer from service label)
7016 2070 0000 8828 6290

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 — Domestic Return Receipt

7. After completing the petition form, you must sign it. Your signature is under unsworn declaration under penalty of perjury.