# IN THE UNITED STATED DISTRICT COURT
## DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| JACKIE CRIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  6:17-CV-01038 |
| | ) | |
| G.C. SERVICES, | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jackie Crider, with the

stipulation and agreement of Defendant, hereby dismisses this action with prejudice, each

party to bear its or his own costs.


Respectfully submitted,

**CREDIT LAW CENTER**

  /s/ Andrew M. Esselman
Andrew M. Esselman
KS BAR # 26113
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tele:  (816) 246-7800
Fax:   (855) 523-6884
AndrewE@creditlawcenter.com
**ATTORNEY FOR PLAINTIFF**

and

**HINSHAW & CULBERTSON LLP**

/s/      Vitaly Libman
Vitaly Libman
521 West Main Street
Suite 300
P.O. Box 509
Belleville, IL 62222-0509
Telephone: 618-277-2400
Facsimile: 618-277-1144

Attorneys for Defendant GC Services
Limited Partnership

and

**SANDERS WARREN & RUSSELL LLP**

/s/ Sean M. Sturdivan

Sean M. Sturdivan
40 Corporate Woods,
Suite 1250
9401 Indian Creek Parkway
Overland Park, KS 66210
P: 913-234-6137
F: 913-234-6199
s.sturdivan@swrllp.com

Attorneys for Defendant GC Services Limited
Partnership

## CERTIFICATE OF SERVICE

This certifies that on this 19th day of May 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

/s/ Andrew M. Esselman
Attorney for Plaintiff